# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOHNNIE WINBUSH,

    Petitioner,

v.                        CASE NO. 4:06cv352-RH/WCS

WARDEN TRACY JOHNS, et al.,

    Respondents.

_____/

## ORDER DISMISSING § 2254 PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 11), and the objections thereto (document 12). I have reviewed de novo the issues raised by the objections. As the report and recommendation correctly concludes, this petition for writ of habeas corpus under 28 U.S.C. §2254 is barred by the one-year statute of limitations. Even if, as petitioner asserts in his objections, he was at times in transit and without his legal materials, this is no explanation for failure to file a petition until more than a year after the deadline. Petitioner has alleged no facts that would support equitable tolling of the statute of limitations. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.   The motion to dismiss (document 9) is GRANTED.  The clerk shall enter judgment stating, "The petition for writ of habeas corpus under 28 U.S.C. §2254 challenging petitioner's 2003 conviction and sentence in the Circuit Court, Second Judicial Circuit, Gadsden County, Florida, is DISMISSED as untimely." The clerk shall close the file.

SO ORDERED this 31st day of August, 2007.

s/Robert L. Hinkle
Chief United States District Judge
